UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 10 CR 15 |
| DWAYNE L. HOGANS | ) |
| | ) Magistrate Judge Nan Nolan |
| | ) |
| | ) |

## PROTECTIVE ORDER

Upon the government's unopposed motion for a protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1), it is hereby ordered as follows:

1. Upon the conclusion of this case, the defendant and his counsel shall return to the government, or otherwise destroy, without retaining any copies, all records, reports, statements, and other materials provided or made available to defendant in connection with this case.

2. The defendant and his counsel shall use the records, reports, statements, and other materials the government provides them solely in connection with this case and for no other proceeding.

3. Defense counsel shall not provide copies to defendant of any materials containing any victim's mailing address, email address, account number, password, social security number, routing number, credit card number, mother's maiden name, account balance information, home telephone number, or any other personal identifying information.

4. The defendant and his counsel shall make no disclosure of the records, reports, statements, and other materials the government provides them, or the contents thereof, including personal identification information, financial information, and other sensitive information, to any other person or entity, except as defendant's counsel reasonably deems necessary to prepare a defense or this Court authorizes.

ENTER:

*Nan R. Nolan*

Nan Nolan
United States Magistrate Judge

Dated: 2/8/10