

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) No. 10 CR 15<br>)<br>DWAYNE L. HOGANS and ) Judge Robert M. Dow, Jr.<br>SARITA LANDRUM )<br>) | |

## **PROTECTIVE ORDER**

Upon the government's unopposed motion for a protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1), it is hereby ordered as follows:

1. Upon the conclusion of this case, defendants DWAYNE L. HOGANS and SARITA LANDRUM and their counsel shall return to the government, or otherwise destroy, without retaining any copies, all records, reports, statements, and other materials provided or made available to defendants in connection with this case.

2. Defendants HOGANS and LANDRUM and their counsel shall use the records, reports, statements, and other materials the government provides them solely in connection with this case and for no other proceeding.

3. Counsel for defendants HOGANS and LANDRUM shall not provide copies to defendants of any materials containing any victim's mailing address, email address, account number, password, social security number, routing number, credit card number, mother's maiden name, account balance information, home telephone number, or any other personal identifying information.

4. Defendants HOGANS and LANDRUM and their counsel shall make no disclosure of the records, reports, statements, and other materials the government provides them, or the contents thereof, including personal identification information, financial information, and other sensitive information, to any other person or entity, except as defendants' counsel reasonably deems necessary to prepare a defense or as this Court authorizes.

ENTER:

ROBERT M. DOW, JR.
United States District Court Judge

Dated: May 5, 2010